IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TIMOTHY ASKERNEESE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| NISOURCE, INC. and COLUMBIA GAS OF PENNSYLVANIA, INC. | : | NO. 12-7167 |

## ORDER

**AND NOW**, this 4th day of April, 2013, upon consideration of the Defendants' Motion to Dismiss or Transfer Venue (Document No. 4), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the Western District of Pennsylvania.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.